```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
FAZE CLAN INC.,                     :
                                    :
         Plaintiff,                 :
                                    :     20-mc-00094(JSR)
         -v-                        :
                                    :     ORDER
TURNER TENNEY,                      :
                                    :
         Defendant.                 :
------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/20/20

JED S. RAKOFF, U.S.D.J.

The Clerk of the Court is directed to close the above-captioned case, as the Court has already adjudicated the underlying discovery dispute. See Order Requiring Third Party Richard Tenney to Appear at Deposition, No. 19-cv-7200 (JSR), Dkt. 37 (S.D.N.Y. Jan. 29, 2020).

SO ORDERED

Dated:   New York, NY
         February 18, 2020                    JED S. RAKOFF, U.S.D.J.

1